JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRANDY SAN MIGUEL, ) | CASE NO. SACV 09-907 DOC (RNBx) |
| Plaintiff, ) | |
| vs. ) | [~~PROPOSED~~] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| FIRST SOURCE ADVANTAGE, LLC ) | |
| Defendant. ) | [FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiff BRANDY SAN MIGUEL and Defendant FIRST SOURCE ADVANTAGE, LLC to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1.  That the above-entitled lawsuit is hereby dismissed, with prejudice,

pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: November 5, 2009

_David O. Carter_
UNITED STATES DISTRICT COURT JUDGE

06012.00/158552

[~~PROPOSED~~] ORDER RE STIPULATION RE: DISMISSAL
CASE NO. SACV 09-907 DOC (RNBx)